The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RANDY SHIELDS,

          Plaintiff,

v.

FRED MEYER STORES INC,

          Defendant.

No. 2:23-cv-01455-TL

STIPULATED MOTION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS

Noting Date: November 22, 2023

      Plaintiff Randy Shields and Defendant Fred Meyer Stores Inc. jointly move the Court to enter the following Order amending the briefing schedule for Defendant's motion to dismiss. In support of this Stipulated Motion, the Parties state the following:

      1.    On November 1, 2023, the Parties previously stipulated pursuant to Judge Lin's Standing Order for All Civil Cases to extend the briefing schedule (Dkt. 9).

      2.    On November 3, 2023, the Clerk provided notice of re-setting deadlines per the Parties' stipulation allowing Defendant to Respond to the Complaint by a Rule 12 motion on November 17, 2023 and Plaintiff to have until December 8, 2023 to file a response to Defendant's Motion to Dismiss or file an Amended Complaint.

      3.    After the Clerk's notice, the Parties continued to discuss methods of avoiding Defendant's Rule 12 motion, including exchanging informal discovery. To enable Defendant's additional factual investigation, Plaintiff consented to allow Defendant until November 22, 2023 to file its Rule 12 motion.

4. As an accommodation for the extension for filing the motion and the holidays, the Parties stipulate to the following modest amendment of the Rule 12 briefing schedule:

| Event | Due Date |
| --- | --- |
| Defendant's Rule 12 motion | Prior: November 17, 2023<br>Amended: November 22, 2023 |
| Plaintiff's opposition to Defendant's motion or amended complaint | Prior: December 8, 2023<br>Amended: December 15, 2023 |
| If Plaintiff opposes, Defendant's reply to Rule 12 motion and noting date for motion | Prior: December 22, 2023<br>Amended: December 29, 2023 |

5. For the foregoing reasons, the Parties jointly respectfully request that the Court enter an Order setting forth the above amended briefing schedule for the Rule 12 motion filed concurrently today.

Stipulated this 22d day of November, 2023.

BERRY & BECKETT, PLLP

By s/Guy Beckett, *per email authorization*
Guy Beckett, WSBA No. 14939
Email: gbeckett@beckettlaw.com
BERRY & BECKETT, PLLP
1708 Bellevue Avenue
Seattle, WA 98122
Telephone: (206) 441-5444

*Counsel for Plaintiff and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By s/Fred Burnside
Fred Burnside, WSBA No. 32491
Email: fredburnside@dwt.com
Caleah N. Whitten, WSBA No. 60209
Email: caleahwhitten@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150

*Counsel for Defendant*

# [PROPOSED] ORDER

The parties jointly moved the Court for an amended briefing schedule for Defendant's motion to dismiss. The briefing deadlines are hereby reset for the following dates:

| Event | Due Date |
| --- | --- |
| Plaintiff's opposition to Defendant's motion or amended complaint | December 15, 2023 |
| If Plaintiff opposes, Defendant's reply to Rule 12 motion and noting date for motion | December 29, 2023 |

IT IS SO ORDERED.

Dated: November 22, 2023

Tana Lin
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP

By s/Fred Burnside
Fred Burnside, WSBA No. 32491
Email: fredburnside@dwt.com
Caleah N. Whitten, WSBA No. 60209
Email: caleahwhitten@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150

*Counsel for Defendant*