The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RANDY SHIELDS, on behalf of himself, and as a representative of similarly situated persons,

Plaintiff,

v.

FRED MEYER STORES INC.,

Defendant.

Case No. 2:23-cv-01455-TL

**STIPULATED MOTION FOR ORDER CONTINUING CASE DEADLINES AND [PROPOSED] ORDER**

Noted For Consideration**:**
July 17, 2026

## I.  STIPULATED MOTION

Under LCR 7(d)(1) and 10(g), the parties hereby submit this stipulated motion for entry of an order continuing the case schedule by three months. In support of this motion, the parties stipulate and submit the following to the Court:

1.    On March 20, 2026, the Court entered an order continuing the case schedule deadlines. Dkt. No. 44. The order identified the following events and associated deadlines:

| Event | Date |
| --- | --- |
| Deadline for joining additional parties | December 31, 2024 |
| Deadline for filing amended pleadings | January 31, 2025 |
| Class disclosure of expert testimony due | August 10, 2026 |
| Class disclosure of rebuttal expert testimony due | August 24, 2026 |
| Class expert discovery cutoff | September 7, 2026 |

STIPULATED MOTION FOR ORDER
CONTINUING CASE DEADLINES
AND [PROPOSED] ORDER
(No. 2:23-cv-01455-TL)- 1

| Class expert exclusion motions due | September 21, 2026 |
|---|---|
| Class expert exclusion motion oppositions due | October 8, 2026 |
| Class expert exclusion motion reply due | October 15, 2026 |
| Class certification discovery cutoff | November 20, 2026 |
| Plaintiff's motion for class certification to be filed | December 12, 2026 |
| Defendant's response to class certification motion to be filed | January 17, 2026 |
| Plaintiff's reply to class certification motion to be filed | February 27, 2026 |
| Deadline for the Parties to confer and file a joint status report proposing a schedule for the remaining pretrial deadlines, including deadlines related to dispositive motions and trial readiness | Within 30 days of the Court's ruling on Plaintiff's motion for class certification |

2.      The parties have diligently attempted to stay on track to complete class certification discovery by November 20, 2026 (the class certification discovery cutoff), including several video conference calls on discovery issues, issuing third-party subpoenas, exchanging document requests, and deposing Plaintiff. In response to Defendant's First Interrogatories and First Requests for Production of Documents, Plaintiff has answered all interrogatories and produced all responsive material in his possession, custody, or control. On October 3, 2025, Defendant served its Second Requests for Production, and Plaintiff produced additional documents. On January 9, 2026, Plaintiff served his Third Set of Requests for Production of Documents to Defendant. On February 23, 2026, Fred Meyer served its Objections and Responses to Plaintiff's Third Requests for Production of Documents. Defendant has produced documents in response to Plaintiff's Requests, but Plaintiff believes additional responsive documents exist which have not yet been produced. Defendant disagrees, believes it has produced all responsive documents, but remains willing to confer with Plaintiff on the basis of that belief and to come to mutual resolution.  Nothing in this stipulation should

STIPULATED MOTION FOR ORDER
CONTINUING CASE DEADLINES
AND [PROPOSED] ORDER
(No. 2:23-cv-01455-TL)- 2

be read to limit Defendant's right to seek relief under Rule 23(d)(1)(D) or Rule 56 at any time, should it choose to do so, or to limit Plaintiff's right to request a continuance of the noting date of any such motion to allow him to complete discovery he believes is necessary to oppose such motions

3.      On February 13, 2026, Plaintiff sent 67 Requests for Admission to Defendant. On March 26, 2026, Defendant served on Plaintiff its Objections and Responses to Plaintiff's First Requests for Admission.

4.      Plaintiff's counsel has identified issues about Defendant's responses to Plaintiff's discovery requests, about which the parties need to continue to confer.  In any event, during March, April, May, and June 2026, Plaintiff's counsel was required to devote significant time and legal services to prepare for two scheduled jury trials and to respond to several unexpected motions in several cases other than the instant one, which did not allow Plaintiff's counsel the ability to devote meaningful time to attempt to resolve outstanding discovery issues in this case. Plaintiff has now resumed efforts to resolve what he believes are outstanding discovery issues and has recently communicated to Defendant its intent to begin noting depositions of Fred Meyer employees and agents. Despite diligent efforts, Plaintiff needs more time to complete discovery.  Defendant substantially (if not entirely) completed its discovery in February 2026.

5.      The parties are making every attempt to resolve outstanding discovery issues cooperatively and efficiently, but Plaintiff anticipates that the case schedule will need to provide additional time to resolve remaining discovery issues; depose witnesses; and possibly conduct motion practice on any matters on which the parties cannot ultimately reach agreement.

6.      Additional time will provide Plaintiff an opportunity to take depositions and continue productive conferral efforts on several outstanding issues, including resolving

STIPULATED MOTION FOR ORDER
CONTINUING CASE DEADLINES
AND [PROPOSED] ORDER
(No. 2:23-cv-01455-TL)- 3

objections and clarifying the scope of some discovery requests. The parties remain hopeful that additional time to confer will avoid or limit the need for motion practice concerning discovery issues.

7.     Without an extension of the case schedule to allow time for additional investigation, production, review, and conferral, Plaintiff contemplates that this Court will need to resolve many more outstanding discovery conflicts through motion practice. An additional three-month extension of the case schedule will allow the parties the opportunity to attempt to resolve many discovery issues without the Court's involvement.

8.     Wherefore, Plaintiff requests, and Defendant does not oppose, a stipulation that the case schedule deadlines should be continued as follows:

| Event | Date |
| --- | --- |
| Deadline for joining additional parties | December 31, 2024 |
| Deadline for filing amended pleadings | January 31, 2025 |
| Class disclosure of expert testimony due | November 10, 2026 |
| Class disclosure of rebuttal expert testimony due | November 24, 2026 |
| Class expert discovery cutoff | December 7, 2026 |
| Class expert exclusion motions due | December 21, 2026 |
| Class expert exclusion motion oppositions due | January 8, 2027 |
| Class expert exclusion motion reply due | January 15, 2027 |
| Class certification discovery cutoff | February 22, 2027 |
| Plaintiff's motion for class certification to be filed | March 12, 2027 |
| Defendant's response to class certification motion to be filed | April 16, 2027 |
| Plaintiff's reply to class certification motion to be filed | May 27, 2027 |
| Deadline for the Parties to confer and file a joint status report proposing a schedule for the remaining pretrial deadlines, including deadlines related to dispositive motions and trial readiness | Within 30 days of the Court's ruling on Plaintiff's motion for class certification |

STIPULATED MOTION FOR ORDER
CONTINUING CASE DEADLINES
AND [PROPOSED] ORDER
(No. 2:23-cv-01455-TL)- 4

SO STIPULATED THIS 17th day of July, 2026.

***Attorneys for Defendant:***

DAVIS WRIGHT TREMAINE LLP

 /s/ Fred Burnside                         /s/ Jacob Harper
Fred Burnside, WSBA No. 32491          Jacob M. Harper, CA Bar No. 259463
920 Fifth Avenue, Suite 3300           350 South Grand Avenue, 27th Floor
Seattle, WA 98104-1610                 Los Angeles, CA 90071
Telephone: (206) 622-3150              Telephone: (213) 633-6800
Fax: (206) 757-7700                    Fax: (213) 633-6899
E-mail: fredburnside@dwt.com           E-mail: jacobharper@dwt.com


***Attorneys for Plaintiffs:***

BERRY & BECKETT, PLLP

 /s/ Guy Beckett
Guy W. Beckett, WSBA #14939
1708 Bellevue Avenue
Seattle, WA  98122
Telephone:  (206) 441-5444
Email:  gbeckett@beckettlaw.com

## II.  ORDER

The Court having considered the foregoing stipulated motion, and finding that good cause has been shown for the requested relief, now therefore, it is hereby

ORDERED that the deadlines in the case schedule shall be extended and the modified case schedule through class certification set as follows:

| Event | Date |
|---|---|
| Deadline for joining additional parties | December 31, 2024 |
| Deadline for filing amended pleadings | January 31, 2025 |
| Class disclosure of expert testimony due | November 10, 2026 |
| Class disclosure of rebuttal expert testimony due | November 24, 2026 |
| Class expert discovery cutoff | December 7, 2026 |

STIPULATED MOTION FOR ORDER
CONTINUING CASE DEADLINES
AND [PROPOSED] ORDER
(No. 2:23-cv-01455-TL)- 5

| Class expert exclusion motions due | December 21, 2026 |
|---|---|
| Class expert exclusion motion oppositions due | January 8, 2027 |
| Class expert exclusion motion reply due | January 15, 2027 |
| Class certification discovery cutoff | February 20, 2027 |
| Plaintiff's motion for class certification to be filed | March 12, 2027 |
| Defendant's response to class certification motion to be filed | April 17, 2027 |
| Plaintiff's reply to class certification motion to be filed | May 27, 2027 |
| Deadline for the Parties to confer and file a joint status report proposing a schedule for the remaining pretrial deadlines, including deadlines related to dispositive motions and trial readiness | Within 30 days of the Court's ruling on Plaintiff's motion for class certification |

DONE THIS 17th day of July, 2026.

The Hon. Tana Lin
United States District Court Judge

STIPULATED MOTION FOR ORDER
CONTINUING CASE DEADLINES
AND [PROPOSED] ORDER
(No. 2:23-cv-01455-TL)- 6

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax