The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RANDY SHIELDS, on behalf of himself, and as a representative of similarly situated persons,

Plaintiff,

v.

FRED MEYER STORES INC.,

Defendant.

Case No. 2:23-cv-01455-TL

**STIPULATED MOTION FOR ORDER CONTINUING CASE DEADLINES AND ~~[PROPOSED]~~ ORDER**

Noted For Consideration**:**
November 10, 2026

## I. STIPULATED MOTION

Under LCR 7(d)(1) and 10(g), the parties hereby submit this stipulated motion for entry of an order continuing the case schedule by three months. In support of this motion, the parties stipulate and submit the following to the Court:

1. On July 17, 2026, the Court entered an order continuing the case schedule deadlines. Dkt. No. 46. The order identified the following events and associated deadlines:

| **Event** | **Date** |
|---|---|
| Deadline for joining additional parties | December 31, 2024 |
| Deadline for filing amended pleadings | January 31, 2025 |
| Class disclosure of expert testimony due | November 10, 2026 |
| Class disclosure of rebuttal expert testimony due | November 24, 2026 |
| Class expert discovery cutoff | December 7, 2026 |



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| Class expert exclusion motions due | December 21, 2026 |
| Class expert exclusion motion oppositions due | January 8, 2027 |
| Class expert exclusion motion reply due | January 15, 2027 |
| Class certification discovery cutoff | February 20, 2027 |
| Plaintiff's motion for class certification to be filed | March 12, 2027 |
| Defendant's response to class certification motion to be filed | April 17, 2027 |
| Plaintiff's reply to class certification motion to be filed | May 27, 2027 |
| Deadline for the Parties to confer and file a joint status report proposing a schedule for the remaining pretrial deadlines, including deadlines related to dispositive motions and trial readiness | Within 30 days of the Court's ruling on Plaintiff's motion for class certification |

2. The parties have diligently attempted to stay on track to complete class certification discovery by February 20, 2027 (the current class certification discovery cutoff), including several video conference calls on discovery issues, issuing third-party subpoenas, exchanging document requests, and deposing Plaintiff. In response to Defendant's First Interrogatories and First Requests for Production of Documents, Plaintiff has answered all interrogatories and produced all responsive material in his possession, custody, or control. On October 3, 2025, Defendant served its Second Requests for Production, and Plaintiff produced additional documents. On January 9, 2026, Plaintiff served his Third Set of Requests for Production of Documents to Defendant. On February 23, 2026, Fred Meyer served its Objections and Responses to Plaintiff's Third Requests for Production of Documents. On February 13, 2026, Plaintiff sent 67 Requests for Admission to Defendant. On March 26, 2026, Defendant served on Plaintiff its Objections and Responses to Plaintiff's First Requests for Admission.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

3. The Parties have identified issues about one another's responses to discovery requests, about which the parties need to continue to confer. For example, Defendant has communicated to Plaintiff that it is attempting in good faith to identify and produce data that Plaintiff maintains may help identify putative class members and to produce Defendant's records of Plaintiff's fuel purchases from Defendant, and that disclosure and production of such information is imminent. (Defendant does not concede such information is relevant but is working in good faith to produce the information anyway.) Upon receiving this information, Plaintiff will commence depositions of Fred Meyer employees and agents. Despite their diligent efforts, the parties need more time to complete discovery.

4. The parties are making every attempt to resolve outstanding discovery issues cooperatively and efficiently, but they anticipate that the case schedule will need to provide additional time to resolve remaining discovery issues; depose witnesses; and possibly conduct motion practice on any matters on which the parties cannot ultimately reach agreement.

5. Additional time will provide the parties an opportunity to take depositions and continue productive conferral efforts on several outstanding issues, including resolving objections and clarifying the scope of some discovery requests. The parties remain hopeful that additional time to confer will avoid or limit the need for motion practice concerning discovery issues.

6. Without an extension of the case schedule to allow time for additional investigation, production, review, and conferral, the parties contemplate that this Court will need to resolve many more outstanding discovery conflicts through motion practice. An additional three-month extension of the case schedule will allow the parties the opportunity to attempt to resolve many discovery issues without the Court's involvement.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

7. Wherefore, the parties jointly move and stipulate that the case schedule deadlines should be continued as follows:

| Event | Date |
|---|---|
| Deadline for joining additional parties | December 31, 2024 |
| Deadline for filing amended pleadings | January 31, 2025 |
| Class disclosure of expert testimony due | February 10, 2027 |
| Class disclosure of rebuttal expert testimony due | February 24, 2027 |
| Class expert discovery cutoff | March 8, 2027 |
| Class expert exclusion motions due | March 22, 2027 |
| Class expert exclusion motion oppositions due | April 8, 2027 |
| Class expert exclusion motion reply due | April 15, 2027 |
| Class certification discovery cutoff | May 24, 2027 |
| Plaintiff's motion for class certification to be filed | June 14, 2027 |
| Defendant's response to class certification motion to be filed | July 16, 2027 |
| Plaintiff's reply to class certification motion to be filed | August 27, 2027 |
| Deadline for the Parties to confer and file a joint status report proposing a schedule for the remaining pretrial deadlines, including deadlines related to dispositive motions and trial readiness | Within 30 days of the Court's ruling on Plaintiff's motion for class certification |

SO STIPULATED THIS 10th day of November, 2026.

***Attorneys for Defendant:***

DAVIS WRIGHT TREMAINE LLP

*/s/ Caleah Whitten*
Caleah Whitten, WSBA No. 60209
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: CaleahWhitten@dwt.com

*/s/ Jacob Harper*
Jacob M. Harper, CA Bar No. 259463
*Pro Hac Vice*
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899
E-mail: jacobharper@dwt.com

***Attorneys for Plaintiffs*:**

BERRY & BECKETT, PLLP

*/s/ Guy Beckett*
Guy W. Beckett, WSBA #14939
1708 Bellevue Avenue
Seattle, WA 98122
Telephone: (206) 441-5444
Email: gbeckett@beckettlaw.com

## II. ORDER

The Court having considered the foregoing stipulated motion, and finding that good cause has been shown for the requested relief, now therefore, it is hereby

ORDERED that the deadlines in the case schedule shall be extended and the modified case schedule through class certification set as follows:

| Event | Date |
|---|---|
| Deadline for joining additional parties | December 31, 2024 |
| Deadline for filing amended pleadings | January 31, 2025 |
| Class disclosure of expert testimony due | February 10, 2027 |
| Class disclosure of rebuttal expert testimony due | February 24, 2027 |
| Class expert discovery cutoff | March 8, 2027 |
| Class expert exclusion motions due | March 22, 2027 |
| Class expert exclusion motion oppositions due | April 8, 2027 |
| Class expert exclusion motion reply due | April 15, 2027 |
| Class certification discovery cutoff | May 24, 2027 |
| Plaintiff's motion for class certification to be filed | June 14, 2027 |
| Defendant's response to class certification motion to be filed | July 16, 2027 |
| Plaintiff's reply to class certification motion to be filed | August 27, 2027 |

| | |
|---|---|
| Deadline for the Parties to confer and file a joint status report proposing a schedule for the remaining pretrial deadlines, including deadlines related to dispositive motions and trial readiness | Within 30 days of the Court's ruling on Plaintiff's motion for class certification |

DONE THIS 12th day of November, 2026.

The Hon. Tana Lin
United States District Court Judge



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax